JACOB BRIAN v. F. M. JEFFREY AND A. L. HAMEL.
No. 177.

REVIVOR OF DORMANT JUDGMENT — *notice of motion for, may be served by any person.* Under the Code of Civil Procedure, the sheriff, the coroner, a constable, or any other person, including the moving party, may serve a notice of an application to revive a judgment, and by such service give the court jurisdiction to make such order of revivor.

Error from Nemaha District Court. Hon. J. F. Thompson, Judge. Opinion filed April 30, 1897. *Reversed.*

The court below, having made an order reviving a dormant judgment against the defendants in error, subsequently, on motion, vacated the order as to Hamel because the notice of the motion to revive had been served upon him by a constable and not, in the language of the record, "by the sheriff or any other person by him thereto duly authorized." The plaintiff in error excepted, and seeks by this proceeding to reverse the order vacating the revivor.

*John Stowell,* for plaintiff in error.
*P. L. Burlingame,* for defendant in error Hamel.

MAHAN, P. J. The only question in this case presented for our decision is, whether a person other than the sheriff can serve notice of a motion to revive a

BRIAN v. JEFFREY.                                99

April 30, 1897.        Opinion.    Mahan, P. J.                 E. Div.

dormant judgment, under sections 428 and 440 of the Code. If we answer in the affirmative, the trial court erred and its judgment must be reversed.

Counsel for the defendant in error contend that the notice *must* be served by the sheriff, to give the court jurisdiction to make the order of revivor. The argument is, that section 428 says: "Notice of the application for such order shall be served in the same manner . . . as a summons;" that this section provides *how* the notice shall be served; and that section 59 of the Code provides that a summons *shall* be directed to the sheriff, and shall command him to notify the defendants, etc., while sections 61, 63, 64, 68, 68*a*, 68*b*, 68*c*, 68*d*, 69, 70 and 71 designate how, and upon whom, it may be served.

A notice to revive is addressed to the defendants. An application for an order to revive is a motion, expressly provided for by section 532 of the Code. Section 534 prescribes what the notice of the motion shall contain, and section 535 provides *by whom* such notice shall be served. It says:

"Notices of motions, mentioned in this article, may be served by a sheriff, coroner or constable, the party or his attorney, or by any other person, and the return of any such officer or affidavit of any such person shall be proof of service," etc.

Section 536 further provides that "the service of a notice shall be made as is required by law for the service of a summons." The application for an order reviving a judgment is a motion by a party to a suit, and not a new or original proceeding. The notice was in conformity with the provisions of section 534; service by a constable was a good service under section 535; the District Court had jurisdiction to make the order of revivor, and it was error to set it aside. The judgment is reversed.